1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   PETER THOMPSON, SBN HI 5890
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 BENJAMIN SMITH, JR.,            )
                                   )    CIVIL NO. 3:07-cv-2215 WHA
13       Plaintiff,                )
                                   )
14       v.                        )    STIPULATION AND [PROPOSED] ORDER
                                   )    OF REMAND
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17       Defendant.                )
   _____ )
18

19

20       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21 attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion

22 for summary judgment, filed herein on August 30, 2007.  The extension is for the purpose of conducting a

23 further review regarding the continuing defense of this matter.  The current due date is October 1, 2007.  The

24 new due date will be October 31, 2007.

25       The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

26

27

28

1 | Dated: *September 26, 2007*     /s/ *Tom Weathered*
2 |                                  *(As authorized via telephone on September 26, 2007)*
  |                                  TOM WEATHERED
3 |                                  Attorney for Plaintiff
4 |
  |                                  SCOTT N. SCHOOLS
5 |                                  United States Attorney
6 | Dated: *September 27, 2007*     By: /s/ *Peter Thompson*
7 |                                      PETER THOMPSON
  |                                      Special Assistant United States Attorney
8 |
9 |                                      ORDER

10 | APPROVED AND SO ORDERED.
11 |
12 | DATED:  September 28, 2007
   |                                  _____
13 |                                  THE HONORABLE WILLIAM H. ALSUP
   |                                  UNITED STATES DISTRICT JUDGE