1 SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
2 LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 Social Security Administration
PETER THOMPSON, SBN HI 5890
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
7
Attorneys for Defendant
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

12 BENJAMIN SMITH, JR.,       )
                                             )     CIVIL NO. 3:07-cv-2215 WHA
13     Plaintiff,       )
                                             )
14      v.       )     STIPULATION AND ~~PROPOSED~~ ORDER
                                             )     SETTLING ATTORNEY'S FEES AND
15 MICHAEL J. ASTRUE,       )     COSTS PURSUANT TO THE EQUAL
Commissioner of       )     ACCESS TO JUSTICE ACT (EAJA)
16 Social Security,       )
                                             )
17     Defendant.       )
_____)
18

19

20        It is stipulated by the parties through their undersigned counsel, with the Court's approval, that
21 counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount
22 of Two Thousand Eight Hundred Eighty Two and 00/100 DOLLARS ($2,882.00), and costs in the amount
23 of Three Hundred Fifty and 00/100 DOLLARS ($350.00), for compensation for legal services rendered on
24 Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees
25 and costs under the EAJA in this action, but not constituting any admission of Defendant's liability under
26 the EAJA in this action.
27        Payment of fees in the amount of Two Thousand Eight Hundred Eighty Two and 00/100 DOLLARS
28 ($2,882.00), and costs in the amount of Three Hundred Fifty and 00/100 DOLLARS ($350.00), shall

constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees and costs in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

Dated: *October 25, 2007*         */s/ Tom Weathered*
                                    *(As authorized via telephone on October 25, 2007)*
                                    TOM WEATHERED
                                    Attorney for Plaintiff


                                    SCOTT N. SCHOOLS
                                    United States Attorney

Dated: *October 25, 2007*    By:   */s/ Peter Thompson*
                                    PETER THOMPSON
                                    Special Assistant United States Attorney


                              ORDER

APPROVED AND SO ORDERED.

DATED: October 29, 2007
                                    _____
                                    THE HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE